# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BRYAN D. JOHNSON  
ADC #106007                                                                                                        PLAINTIFF

V.                                             2:06CV00219-WRW

HARMON *et al.*                                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED THAT:

1. The motion to dismiss filed by Jackson and McNary (docket entry #15) is GRANTED, and Plaintiff's claims against Jackson and McNary are dismissed.

2. The motion to dismiss filed by Bell (docket entry #27) is GRANTED, and Plaintiff's claims against Bell are dismissed.

3. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

4. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of February, 2007.

/s/Wm. R. Wilson, Jr.  
UNITED STATES DISTRICT JUDGE